# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with<br>KREAMPIEQWERTY6@GMAIL.COM, Google Account<br>That Is Stored at Premises Controlled by Google, LLC | )<br>)<br>)  Case No. 1:24MJ23<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ____02/01/24____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____L. Patrick Auld____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __01/18/24, 10:34 am__     _____[signature]_____
                                                              *Judge's signature*

City and state: ____Greensboro, NC____     ____United States Magistrate Judge L. Patrick Auld____
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:24mJ23 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A
*(Property to be Searched)*

*"Notwithstanding Title 18, United States Code, Section 2252A, Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System."*

This warrant applies to information associated with **kreampieqwerty6@gmail.com**, that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

i

# ATTACHMENT B
*(Items to be Searched and Seized)*

I. **Information to be disclosed by Target providers.**

To the extent that the information described in Attachment A is within the possession, custody, or control of the "Target Provider" (Google), the Target Provider is required to disclose the following information to the government for the accounts or identifiers listed in Attachment A (the "TARGET ACCOUNT") **from August 1, 2022 to present.** Such information should include the below-described content of the subject accounts:

- A. **Location Data**: Any location data currently stored in relation to the TARGET ACCOUNT or associated device(s). This includes any historical physical addresses, latitude and longitude data, estimated latitude and longitude location data, location history, or any other data captured and stored by Google by the listed Gmail user that would aid law enforcement in establishing historical location information related to the Gmail account use.
    1. To include any historical location data, whether it be in the form of GPS, Wi-Fi, Cellular or Bluetooth readings collected by device, regardless if contained within the TARGET ACCOUNT or associated device(s) location history settings.
    2. To include any Wi-Fi Access Points, SSID's and MAC addresses in which the device has connected to for the aforementioned period.
    3. This would further include all information stored and maintained in the "My Activity" associated with the TARGET ACCOUNT. Specifically, all

ii

information currently stored in reference to the users "Timeline in Google Maps;"

B. **Location History** for any device that has logged into the TARGET ACCOUNT, for the aforementioned requested time period. Location information can be in the form of historical records and semantic location history records. Specific to Google, this would include any reports of device activity that would include the approximate latitude and longitude of the device at the time of the activity, direction and distance from the tower, and other location related information;

C. **Account Information**: To include all account owner/user identification information, to include all information listed in the "your personal info" within the Google My Account screen. This is to include any stored data that would aid in identifying the user/owner of the TARGET ACCOUNT. Any IP addresses related data access, logins, or browsing history, forwarding phone numbers, SMS forwarding numbers, alternate email addresses, and any linked social media accounts would be included in this request. Further included in "account information" is all information currently stored in reference to the users account to include, Google search history, websites visited history, map search history, and any other information associated with location history, device information and recently used devices;

D. **Google Accounts linked by Cookies**: In the event any identified Account information is connected to other Google Accounts by internet cookies, please

provide any and all data identifying date/time of Account creation and Internet Protocol utilized;

E. **Internet Protocol version 6 (IPv6) and version 4 (IPv4)**: Any data currently stored in relation to the email address or devices accessing email address identified below or associated with the TARGET ACCOUNT. To include all Internet Protocol address (IPV4 with source port and IPV6, if available) logs for user communication/email activity that would aid law enforcement in establishing historical location information related to the TARGET ACCOUNT use;

F. **Application History**: To include all apps downloaded from the Google Play Store to the current devices associated with the TARGET ACCOUNT or associated device(s). This request will include the association of each app to a specific device when available and the date the app was downloaded;

G. **Browsing and Search History**: To include all browsing history. This history includes the list of web pages a user has visited recently, as well as associated data such as page title and time of visit. To include all search history. This history includes the searched for terms, the date and time of the search, and the user selected results, including the specific terms searched in association with the TARGET ACCOUNT, the dates, times and time zones of all searches, the IP addresses or telephone or instrument identifying numbers associated with those searches, and any data related to the results of the searches

iv

associated with the TARGET ACCOUNT and the TARGET ACCOUNTS' use of any search results;

H. **Email Content**: Any Email Content currently stored in relation to the TARGET ACCOUNT. To include Non-Content information, originating message IP Addresses, Account Settings, email content to include deleted emails. The contents of all emails stored in the TARGET ACCOUNT, including copies of emails sent to and from the account, draft e-mails, the source and destination addresses associated with each email, the date and time at which each e-mail was sent, and the size and length of each email; Any deleted emails, including any deleted information described above;

I. **Android Device Information**: To include current and previous Device ID, IMEI/MEID, Registered Date/Timestamp, First Check-In Date/Timestamp, Last Check-In Date/Timestamp, Last Check-In IP Address, Google Accounts associated with the device(s), and device hardware information;

J. **Google Drive**: To include Subscriber Information, Login and Logout IP Addresses and associated date/timestamps, device identifiers for devices accessing Google Drive account. Backups section to see what devices have data backed up to the service as well as the backup of the Device ID identified. To include any documents in My Drive;

K. **Google Voice**: To include Subscriber Information, Account settings, Account change history, Voicemail Messages, SMS Messages, Greetings and call logs;

v

L. **Google Photos**: To include photos and videos from Google Photos and from other Google services, such as Google+, Blogger and Hangouts;

M. **Google My Activity**: To include Ads, Chrome, Drive, Google Analytics, Google Apps, Google Play Store, Image Search, Maps, Search, Takeout, Video Search and YouTube;

N. **Google Hangouts**: The communication platform developed by Google which includes messaging, video chat, SMS and VOIP features. To include detailed information in reference to all known outgoing and incoming calls associated with the account, dates and times calls were made, and duration of all calls made or received. This is to include any other pertinent call detail records including special features codes, or any other codes that are maintained in the normal course of business for Google. To include source and destination addresses associated with each communication, the date and time at which communications were sent, and the size and length of each communication. The contents of all stored text messages, voicemails, recorded calls, chat messages associated with the account, for the aforementioned requested time period are also encompassed by this order;

O. **Deleted Data or Tombstone Data**: In the event any of the requested data has been deleted, please recover any and all data that is still recoverable up to or exceeding a 60-day period, as well as the date/time of deletions;

P. **Subscriber Information**, including the name and location, supplied by the user at the time of registration, the date the account was created and all of the services of the Target Provider used by the TARGET ACCOUNT;

Q. Records of user activity for each connection made to or from the Target Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses, and any telephone, instrument or other unique identifiers collected by the Target Provider and associated with the TARGET ACCOUNT;

R. All information about each communication sent or received by the TARGET ACCOUNT, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers);

S. All records or other information regarding the identification of the TARGET ACCOUNT, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

vii

T. All records or other information stored by an individual using the accounts, including address books, contact and buddy lists, calendar data, pictures, videos and other data files;

U. All local and long-distance telephone connection records;

V. All telephone or instrument numbers associated with the TARGET ACCOUNT (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI")); and

W. All wire and electronic communications held or maintained by the Target Provider at any time in association with telephone communication services, including but not limited to text or SMS messaging and stored audio communications, for the use of or associated with the TARGET ACCOUNT.

X. Google, LLC is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

A. All information described above in Section I that constitutes contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A(a)(2), Distribution of Child Pornography, in the form of the following:

(a) Records and information constituting, referencing, or revealing child pornography, as defined in 18 U.S.C. 2256(8);

viii

(b) Records and information constituting, referencing, or revealing child erotica;

(c) Records and information referencing or revealing the use or ownership of the gmail account **kreampieqwerty6@gmail.com**;

(d) Records and information referencing or revealing contact with "Jessica Steins" or jessicasteins99@gmail.com;

(e) Records and information referencing or revealing the trafficking, advertising, or possession of child pornography, to include the identity of the individuals involved;

(f) Records and information referencing or revealing a sexual interest in children or the sexual exploitation of children, to include the identity of the individuals involved;

(g) Records and information referencing or revealing communication or interaction of an illicit sexual nature with minors, to include the identity of the individuals involved;

(h) Records and information referencing or revealing participation in groups or the use of services that are known to be used to facilitate the trafficking of child pornography;

(i) Records and information referencing or revealing the use of remote computing services such as email, cloud storage, or online social media services.

(j) For all items described in this section, all metadata, transaction information, storage structure, and other data revealing how the items were created, edited, deleted, viewed, or otherwise interacted with;

(k) Records and information revealing or referencing information about the device(s) used to access the account;

(l) Records and information revealing or referencing the identity of the individual who created and used the account;

(m) Identity of accounts linked by cookies; and

(n) Records and information revealing the location at the time of the foregoing in Section II of Attachment B.

## PRECAUTIONARY INSTRUCTIONS TO PRESERVE POTENTIAL PRIVILEGES

If, during the execution of this warrant, the government discovers materials that are potentially attorney-client privileged or subject to the work product doctrine ("protected materials"), the Prosecution Team will discontinue its review until the potentially protected materials have been segregated from other evidence obtained under this warrant. Prior to any further review of the identified potentially protected materials, the Government will notify the Court of the need to establish a court-approved process for review and filtering of the potentially protected materials.

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Google LLC shall disclose the responsive data by sending it to the below listed contact.

William M. Hargrove<br>
Task Force Officer<br>
Homeland Security Investigations<br>
HSI RAC Greensboro/Winston Salem<br>
426 Galimore Dairy Rd.<br>
Ste. 100<br>
Greensboro, NC 27409<br>
Cell: 336-215-8764<br>
Email: whargrove@townoflibertync.org

x