# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with<br>KREAMPIEQWERTY6@GMAIL.COM, Google Account<br>That Is Stored at Premises Controlled by Google, LLC | )<br>)<br>)<br>)<br>)<br>)<br> Case No. 1:24MJ23 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before   07/01/24   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____L. Patrick Auld_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   01/15/24; 10:34 am

City and state:     Greensboro, NC

United States Magistrate Judge  L. Patrick Auld
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>$l_3 24 m J 23$ | Date and time warrant executed:<br>01/23/2024 1341 | Copy of warrant and inventory left with:<br>Google |
| Inventory made in the presence of : Letter of Authenitcation from Google Attached | | |

Inventory of the property taken and name of any person(s) seized:

Google File Returns: File list attached.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-11-2024

*Executing officer's signature*

HSI Task Force Officer William Hargrove

*Printed name and title*

## ATTACHMENT A
### (Property to be Searched)

*"Notwithstanding Title 18, United States Code, Section 2252A, Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System."*

This warrant applies to information associated with **kreampieqwerty6@gmail.com**, that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

i

## ATTACHMENT B
*(Items to be Searched and Seized)*

I.  **Information to be disclosed by Target providers.**

To the extent that the information described in Attachment A is within the possession, custody, or control of the "Target Provider" (Google), the Target Provider is required to disclose the following information to the government for the accounts or identifiers listed in Attachment A (the "TARGET ACCOUNT") **from August 1, 2022 to present.** Such information should include the below-described content of the subject accounts:

A. **Location Data:** Any location data currently stored in relation to the TARGET ACCOUNT or associated device(s). This includes any historical physical addresses, latitude and longitude data, estimated latitude and longitude location data, location history, or any other data captured and stored by Google by the listed Gmail user that would aid law enforcement in establishing historical location information related to the Gmail account use.

   1. To include any historical location data, whether it be in the form of GPS, Wi-Fi, Cellular or Bluetooth readings collected by device, regardless if contained within the TARGET ACCOUNT or associated device(s) location history settings.

   2. To include any Wi-Fi Access Points, SSID's and MAC addresses in which the device has connected to for the aforementioned period.

   3. This would further include all information stored and maintained in the "My Activity" associated with the TARGET ACCOUNT. Specifically, all

ii

information currently stored in reference to the users "Timeline in Google Maps;"

B. **Location History** for any device that has logged into the TARGET ACCOUNT, for the aforementioned requested time period. Location information can be in the form of historical records and semantic location history records. Specific to Google, this would include any reports of device activity that would include the approximate latitude and longitude of the device at the time of the activity, direction and distance from the tower, and other location related information;

C. **Account Information:** To include all account owner/user identification information, to include all information listed in the "your personal info" within the Google My Account screen. This is to include any stored data that would aid in identifying the user/owner of the TARGET ACCOUNT. Any IP addresses related data access, logins, or browsing history, forwarding phone numbers, SMS forwarding numbers, alternate email addresses, and any linked social media accounts would be included in this request. Further included in "account information" is all information currently stored in reference to the users account to include, Google search history, websites visited history, map search history, and any other information associated with location history, device information and recently used devices;

D. **Google Accounts linked by Cookies:** In the event any identified Account information is connected to other Google Accounts by internet cookies, please

iii

provide any and all data identifying date/time of Account creation and Internet Protocol utilized;

E. **Internet Protocol version 6 (IPv6) and version 4 (IPv4):** Any data currently stored in relation to the email address or devices accessing email address identified below or associated with the TARGET ACCOUNT. To include all Internet Protocol address (IPV4 with source port and IPV6, if available) logs for user communication/email activity that would aid law enforcement in establishing historical location information related to the TARGET ACCOUNT use;

F. **Application History:** To include all apps downloaded from the Google Play Store to the current devices associated with the TARGET ACCOUNT or associated device(s). This request will include the association of each app to a specific device when available and the date the app was downloaded;

G. **Browsing and Search History:** To include all browsing history. This history includes the list of web pages a user has visited recently, as well as associated data such as page title and time of visit. To include all search history. This history includes the searched for terms, the date and time of the search, and the user selected results, including the specific terms searched in association with the TARGET ACCOUNT, the dates, times and time zones of all searches, the IP addresses or telephone or instrument identifying numbers associated with those searches, and any data related to the results of the searches

iv

associated with the TARGET ACCOUNT and the TARGET ACCOUNTS' use of any search results;

H. **Email Content**: Any Email Content currently stored in relation to the TARGET ACCOUNT. To include Non-Content information, originating message IP Addresses, Account Settings, email content to include deleted emails. The contents of all emails stored in the TARGET ACCOUNT, including copies of emails sent to and from the account, draft e-mails, the source and destination addresses associated with each email, the date and time at which each e-mail was sent, and the size and length of each email; Any deleted emails, including any deleted information described above;

I. **Android Device Information**: To include current and previous Device ID, IMEI/MEID, Registered Date/Timestamp, First Check-In Date/Timestamp, Last Check-In Date/Timestamp, Last Check-In IP Address, Google Accounts associated with the device(s), and device hardware information;

J. **Google Drive**: To include Subscriber Information, Login and Logout IP Addresses and associated date/timestamps, device identifiers for devices accessing Google Drive account. Backups section to see what devices have data backed up to the service as well as the backup of the Device ID identified. To include any documents in My Drive;

K. **Google Voice**: To include Subscriber Information, Account settings, Account change history, Voicemail Messages, SMS Messages, Greetings and call logs;

v

L. **Google Photos**: To include photos and videos from Google Photos and from other Google services, such as Google+, Blogger and Hangouts;

M. **Google My Activity**: To include Ads, Chrome, Drive, Google Analytics, Google Apps, Google Play Store, Image Search, Maps, Search, Takeout, Video Search and YouTube;

N. **Google Hangouts**: The communication platform developed by Google which includes messaging, video chat, SMS and VOIP features. To include detailed information in reference to all known outgoing and incoming calls associated with the account, dates and times calls were made, and duration of all calls made or received. This is to include any other pertinent call detail records including special features codes, or any other codes that are maintained in the normal course of business for Google. To include source and destination addresses associated with each communication, the date and time at which communications were sent, and the size and length of each communication. The contents of all stored text messages, voicemails, recorded calls, chat messages associated with the account, for the aforementioned requested time period are also encompassed by this order;

O. **Deleted Data or Tombstone Data**: In the event any of the requested data has been deleted, please recover any and all data that is still recoverable up to or exceeding a 60-day period, as well as the date/time of deletions;

vi

P. **Subscriber Information**, including the name and location, supplied by the user at the time of registration, the date the account was created and all of the services of the Target Provider used by the TARGET ACCOUNT;

Q. Records of user activity for each connection made to or from the Target Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses, and any telephone, instrument or other unique identifiers collected by the Target Provider and associated with the TARGET ACCOUNT;

R. All information about each communication sent or received by the TARGET ACCOUNT, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers);

S. All records or other information regarding the identification of the TARGET ACCOUNT, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

vii

T. All records or other information stored by an individual using the accounts, including address books, contact and buddy lists, calendar data, pictures, videos and other data files;

U. All local and long-distance telephone connection records;

V. All telephone or instrument numbers associated with the TARGET ACCOUNT (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI")); and

W. All wire and electronic communications held or maintained by the Target Provider at any time in association with telephone communication services, including but not limited to text or SMS messaging and stored audio communications, for the use of or associated with the TARGET ACCOUNT.

X. Google, LLC is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

A. All information described above in Section I that constitutes contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A(a)(2), Distribution of Child Pornography, in the form of the following:

(a) Records and information constituting, referencing, or revealing child pornography, as defined in 18 U.S.C. 2256(8);

viii

(b)     Records and information constituting, referencing, or revealing child erotica;

(c)     Records and information referencing or revealing the use or ownership of the gmail account **kreampieqwerty6@gmail.com**;

(d)     Records and information referencing or revealing contact with "Jessica Steins" or jessicasteins99@gmail.com;

(e)     Records and information referencing or revealing the trafficking, advertising, or possession of child pornography, to include the identity of the individuals involved;

(f)     Records and information referencing or revealing a sexual interest in children or the sexual exploitation of children, to include the identity of the individuals involved;

(g)     Records and information referencing or revealing communication or interaction of an illicit sexual nature with minors, to include the identity of the individuals involved;

(h)     Records and information referencing or revealing participation in groups or the use of services that are known to be used to facilitate the trafficking of child pornography;

(i)     Records and information referencing or revealing the use of remote computing services such as email, cloud storage, or online social media services.

(j)     For all items described in this section, all metadata, transaction information, storage structure, and other data revealing how the items were created, edited, deleted, viewed, or otherwise interacted with;

(k)     Records and information revealing or referencing information about the device(s) used to access the account;

(l)     Records and information revealing or referencing the identity of the individual who created and used the account;

(m)     Identity of accounts linked by cookies; and

(n)     Records and information revealing the location at the time of the foregoing in Section II of Attachment B.

## PRECAUTIONARY INSTRUCTIONS TO PRESERVE POTENTIAL PRIVILEGES

If, during the execution of this warrant, the government discovers materials that are potentially attorney-client privileged or subject to the work product doctrine ("protected materials"), the Prosecution Team will discontinue its review until the potentially protected materials have been segregated from other evidence obtained under this warrant. Prior to any further review of the identified potentially protected materials, the Government will notify the Court of the need to establish a court-approved process for review and filtering of the potentially protected materials.

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Google LLC shall disclose the responsive data by sending it to the below listed contact.

William M. Hargrove
Task Force Officer
Homeland Security Investigations
HSI RAC Greensboro/Winston Salem
426 Galimore Dairy Rd.
Ste. 100
Greensboro, NC 27409
Cell: 336-215-8764
Email: whargrove@townoflibertync.org

x



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

02/20/24

Sgt./Investigator William Hargrove
Liberty Police Department (NC)
451 W. Swannanoa Ave.
Liberty, NC 27298

### Re: Search Warrant dated January 18, 2024 (Google Ref. No. 51374071)
*1:24M323*

Dear Sgt./Investigator Hargrove:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *KREAMPIEQWERTY6@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Regarding your attached legal request, Google Plus has been deprecated to consumers since 2019 and there is no longer any Google Plus data retained on our servers. Therefore we do not have responsive information to this request.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

target account joined the Workspace-owned Chat Room. [1]

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Alyson Solis
Google Legal Investigations Support

---

[1] See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, see *Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *KREAMPIEQWERTY6@GMAIL.COM,* with Google Ref. No. 51374071 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_Alyson Solis_____          Date: 02/20/24
(Signature of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

Alyson Solis
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 51374071)

kreampieqwerty6@gmail.com.583026005940.AccessLogActivity.Activity_001.zip:

SHA512-
5a6a8a1e62cbab93d168022a1505382e3750b18fc28cc9457c2e3a05056efb9b5a56587ea91fdf87a5
8d7f0c9082787f1c0c0b9759a37fd8253f967b438bf808

kreampieqwerty6@gmail.com.583026005940.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
e503a201a79c761e51170ddbd3f22f356cf0b291127e916c7f81dd52daeac3e96ff75c12f84305f872b
4433095dd80d85c13383da7680aa02628aa48ec6c15bd

kreampieqwerty6@gmail.com.583026005940.AccessLogActivity.Devices_001.zip:

SHA512-
093b6efdbdf98aa8c6a07a94a9a4dbb97c44891edcf17582c7d005de70bd5e36e7c7b92a9c3d0fad10
feb215385b70e99e49692fb84821e6a6640ea99b143dec

kreampieqwerty6@gmail.com.583026005940.Calendar.Calendars_001.zip:

SHA512-
838b9c4aa62a1124b0577481ea98a6fb86c36a3606842a4739319170608cd59c30f0c0b76efaac236
7aaf0fb525941db46966b9943cc16ddba09b79e8446a994

kreampieqwerty6@gmail.com.583026005940.Calendar.UserSettings_001.zip:

SHA512-
7a9f054ec55e73820f24aa45df13f33a3a616d8d9f32a98e70a94fad2b87f938d7041440d4bf33ae53
1f9f2e6df327105b92708db9523627bb5499a3ef5f0b3e

kreampieqwerty6@gmail.com.583026005940.Contacts.Contacts_001.zip:

SHA512-
734915fb399c471aeee406f274e38ac55bb724e472860074cfe5430c191a82c8f0e64ba4e20967137
533d5e97490b586c7a8b5d3c48bd05bad317761e4129531

kreampieqwerty6@gmail.com.583026005940.Drive.DriveFiles_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
1ae48bf44ee658a6e8f413e4f611a6765e4a5973c9722675c7fbd98bc5e03707850946234374eefb6d
1e7bcfccbea9efafd6978d100dfaba5a398592568d381c

kreampieqwerty6@gmail.com.583026005940.DriveAssociatedTargets.SharedDrives(a.k.a.Team
Drives)_001.zip:

SHA512-
380c81c35bb1ad325d602a7d713cf713946690ca423db6fa3401d9526df17c1282bd1a53845d06ed
31f1444afde74eeb1a475e01402fe84ceb4293533b9e8333

kreampieqwerty6@gmail.com.583026005940.DriveMobileBackups.Backup_001.zip:

SHA512-
2b80e0378eddeadac4af8cfdb3a42987a2602474f93578c68fdba0c4b0acf6c51d2897dd0c79ae1c45
4a8d52455093f7029c3c5e2f2fe2b2aaeed8376599cfe4

kreampieqwerty6@gmail.com.583026005940.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
92d6ed39b17a5bc52f8ab31815e8f239bedb40c94c5424650cee823382af80852e41bdd5fc5730e40
3d15139568cec1ff712959d43ee0a53d970f853e0bb23b2

kreampieqwerty6@gmail.com.583026005940.GoogleAccountTargetAssociation.LinkedByCooki
es_001.zip:

SHA512-
f3700328ee9633578c0e53b44df07a7f20aaeefff77a51eb3147f238226c99af20f013ec953e04260cf
bda234d160ac21f1391d0f20e5b958c12ffb2529b7539

kreampieqwerty6@gmail.com.583026005940.GoogleChat.GroupInfo_001.zip:

SHA512-
250ea1295a7e40d9b89f9b2e1eb9719a591cd09a3c20c3ea824669d7e7a06f80da83c5fe0a3a16ef35
13fa6c346be8e1e25fbe65b2c1b4fc0bca72c805f3ab86

kreampieqwerty6@gmail.com.583026005940.GoogleChat.GroupTasks_001.zip:

SHA512-



e24909cacafd6f4f37c9a219084b1a9fbc050b18ee7faa90097635c6b1254d8fe6512ed6ef70c9994ad
ee04a12588d62736bfb1ec22669fb53008cb5c36966bd

kreampieqwerty6@gmail.com.583026005940.GoogleChat.Messages_001.zip:

SHA512-
81a21331b6239f09c97167648632e2c49a68cdba15db6ddece06daf1b9d06573c72b1e481d546564
255c53061ae3c91cb74a68095bd9ab00e8a293ed4179f2fe

kreampieqwerty6@gmail.com.583026005940.GoogleChat.UserInfo_001.zip:

SHA512-
ab10f18fe630979a9cb75432c6eb34b416195ccce7dc7a24ba200939e5122117c33fb643fec7d3e3d9
ce8b7d2ff38058ffbac4c624885ba46ee8bb5bf4320d61

kreampieqwerty6@gmail.com.583026005940.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
f05ca3fb20d1488a5b5978cec88de34da4433b5b96c1e874f2d0a4895822e0cbb49dd6b6f9a6c2c1e
89f1e80ed5eabcaea923569aac9957e0973dbd0df5c0335

kreampieqwerty6@gmail.com.583026005940.GooglePhotos.PrintSubscriptionAndOrdersResour
ce_001.zip:

SHA512-
7694726bb161646998193102865bcef74cd0a0da905179c6306471b48564470ae764874d6f08b07a
9e5071c70bb1a93b1d7eb0f41a34b3d81613645de884f69f

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.Devices_001.zip:

SHA512-
b8763650a01a79bae22cb97b12ebb11e22be6fd09f4a01415ad4f65f731a6a7c96edf244584ebefa1b
9649e7d81883be72bae93203c03dee833d0d4e3d66edb7

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.InstallHistory_001.zip:

SHA512-
69e82bd8d59a3048f2e2395b3b22b109db8f97ca2b0aae231df84dad9404dbf54028665f79cdd2f08
9b6a8efddc0946e65bef574d71c1eee847451602234fa9c



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.Installs_001.zip:

SHA512-
d5baf977bd357d170a644311135b77418e9d3c2fd0f9532dc9237ef5f434aaba1018f1004d7d2cd59
c740e52e3a81c341e5a8df0c6c01d9f833ddb98b02f5d2a

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.Library_001.zip:

SHA512-
1b13496fff75b86cb69142c2bae2eecf5ed2ebd11d3458c728bdeaf271f7f86f3ffe91dee96874f3af82
236fae8d0a4d764ddf75768a3ac81c25640bc8bcdf3e

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.Loyalty_001.zip:

SHA512-
a7b1a94c7a814273428d327a28679a3507032b9a9e68e54cfa787171f6b083a45ab2ace275fe9c50a
2a526f7a0bcc06d6a21407d57236bbe705c7e387372687f

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.OrderHistory_001.zip:

SHA512-
79f88c912d7d0d6e18bb13f0883ca0beb75ca00dae50161a225a2f7b26879ce1fb3617c642eee00eb
5725cca994a069ac5b20bacc34d2736a106d07c800bb4b2

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
2ddd43bc55973f2af241af83f42621606ea90b53e747afea7694d80c1f59374e0cbd1b6d1154929dff
b9fcd42366cf7c4ccea7d090ee9a279dc7260b5c92f9d7

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
62f6be91ea337b412a1ebc6fdf95992b0999e16005a7b31a20e0adfc9e6579371efb2d55ea6ede60cb
cd4cbb190291db4389005856cf7afec93c24c7807d07a3

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.RefundRecords_001.zip:

SHA512-
5c48cced47edffa00f7e4feaf8e5b223217f8fedd34b8f042f0cf79cb7d69e90495779ba34a74159705



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

a1ebd4402cbe2e51aeff4ed575c47813892362df6cd13

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.Subscription_001.zip:

SHA512-
9a1a1ee504b12931616d36f3f6a4d8724c1472cfcb205e84db905d596339e645bba7d3874ea4f3e6e
9d01f2b5296fb2ab177decf861f76de9ebc7b0f09d7db75

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.UserActivity_001.zip:

SHA512-
6fd52ae17d00cc8f07cb1c5607e78fa3f7ddd7bebc4c5f258cba646eff8e02bc6069926aa39c5179461
3244e354114fcee02ec46c8ba7fbf444b88be86ab926c

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.UserPreferences_001.zip:

SHA512-
9ae5d5880b391f83aeaf51739a876714dc40f354537778c292db5dddded42049eb8c9007aef1d4f2b
c7d213c103b77b6df1c1a273bc45da1ff810311fe214b3a

kreampieqwerty6@gmail.com.583026005940.GooglePlayStore.UserReviews_001.zip:

SHA512-
7a5e70acaf34d537896a180acc695b97ecefc7e4f58826f9c23a112e8ad054aa4c2d4a5f5dc38c999c1
c584874971ba9ef8caec8ed8f45d0c6c941ea60c124c7

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).EncryptedBackups_001.
zip:

SHA512-
0b4591a7e3544d8bf24ee907e75b09084c111ca96319fc9051e5c5146e07427c2ef158af4cc4ffa721
24156aeaa08494851eb2f06dd8c3030a29dd9ed69f3a0f

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).Records_001.zip:

SHA512-
33168d44f7ac6940791b5097077400fa87566d765eec600ee43c038bb9ba579dc050edf9bd764ffa7
e6f7c520862c6cfaf2893434cbbf3d3658b0bdfb1fd3648

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).SemanticLocationHistor



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

y_001.zip:

SHA512-
6f14d78592c3fa958f9159285e59e4e98cd499413ce6bb7cf3523189972dbe17bfd48a5b47a5dcfd45
3bd3d39e0fa523dc8d012daba988da152f91cb664a70d5

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).Settings_001.zip:

SHA512-
fa18150ef315ddd15075dd92786f2b85bc8ede8e834abbb70dee045b79b89fc7405f268586576e89d
9babf561439fee2e2dada9bc951eae52c7d71f8914f1456

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
c8419bb778f125b29d08f5d95193c7a3d5e567390d116f485e28e78ada4fcaabb1b941e704f66921c
3352e87b236bf656f60ff4f45b837605319f8680cc0c613

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
a759d37028028a50d2706191ff7ca591c2fcb0ef7c6a544828c5e6ca2b8a88da370bd49e77ee8182b
5eadc924679e24a616c763695c3ec33cc71e8da7d1447d5

kreampieqwerty6@gmail.com.583026005940.LocationHistory(timeline).UserLocationProfile_00
1.zip:

SHA512-
e1c3f6283d43df2932bb1750ff9e26709b7ac50184c001d19bea13ef16ed97eb2b09903bbe981fcc0d
fc1906f0da191de073b589e7330795d0859e8b851341bc

kreampieqwerty6@gmail.com.583026005940.Mail.MessageContent_001.zip:

SHA512-
ef9b90b3b22d917e1d36d2ae2bcc8810dd0ecf6552f95b6f4c29528c035a72d89e890b9e8391b88ae
b9467bb38f327b3a4a9ff841458797e37bf36b3ff5051fb

kreampieqwerty6@gmail.com.583026005940.Mail.MessageInformation_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

59bb8fbd91ebea93a9ca69acb78b224c449c9f0c8546c745c17168af4570611f06b55115fe037c9ca3
a4c43e8bf5c24914522d3d738d62ef6189fee1a8e0b1b5

kreampieqwerty6@gmail.com.583026005940.MyActivity.MyActivity_001.zip:

SHA512-
fbd05602b93316c0ff40d1bd37be8fe9c6dabc37bf630b056012a787f536170185cbc330a5c9d1840
67ddaeab0c88d124843b2bc0cc5badeb7dc5c6d483be5a4

kreampieqwerty6@gmail.com.583026005940.Voice.Billing_001.zip:

SHA512-
de59ccbab29665c03de0b68f210d2b1da781b8efa1b1d9466ee0be707e88d6a1ab407078aa5fd2600
b43439a105b003ba24beb289f3992eb4b91ad0827eeea48

kreampieqwerty6@gmail.com.583026005940.Voice.Communications_001.zip:

SHA512-
1ad02f0eded82cc12ec8525f9886573a4d0fe0b13caa495d523aee1968169bf13544054aa67f2ff11bf
0253e0b8e8be52c33dcc096e3f11f0a838fd1fdb6eaf3

kreampieqwerty6@gmail.com.583026005940.Voice.SubscriberInformation_001.zip:

SHA512-
36b0c94425f53ef6826f4debf3518083a587f68c31d77742e809a7d9fd0506aad2b3bc4cfc8d585b83
ebc75d910883b227aeb8473e9e57cf2c400cc9b647efd3